UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALFREDO RUIZ, | ) | Case No. CV 06-3684 DSF(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| M.S. EVANS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: 11/30/09

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE